1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CELIA SALDANA,

11            Plaintiff,                    No. 2:12-cv-0066 MCE CKD PS

12        vs.

13   COUNTRYWIDE HOME LOANS, INC. et al.,

14            Defendants.                   <u>ORDER</u>

15   _____/

16          This matter came on for status conference on June 6, 2012.  Plaintiff Celia

17   Saldana appeared in propria persona.[1]  Preston Ascherin appeared specially for defendant

18   Countrywide Home Loans, Inc.  Upon review of the docket and discussion with plaintiff and

19   counsel, and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

20               1.  Plaintiff is granted an additional thirty days to complete service of process on

21   all defendants in compliance with Federal Rule of Civil Procedure 4.  Plaintiff must also file a

22   proof of said service with the court.  Failure to comply with this order shall result in a

23   recommendation that the action be dismissed.

24   /////

25   _____

26          [1]  Plaintiff was accompanied by her cousin, Mr. Velasquez, who interpreted the
     proceedings for her.

2.  The Clerk of Court is directed to serve a copy of this order on Preston

Ascherin, 725 South Figueroa Street, 38th Floor, Los Angeles, CA 90017.

 Dated: June 7, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4
saldana.oas